VICTOR E. MILCH, Appellant, v. MATHILDA MYRTLE MILCH, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL S. ORTNER, Respondent, v. GEORGE STURM, Appellant.— The decision of this court, handed down on October 19, 1928, is hereby amended to read as follows: Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Motion granted to the extent that the appeal may be heard on the original record, the briefs to be printed. Time to perfect appeal extended to the January, 1929, term. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LILBON WASHINGTON, Appellant.— Motion to dismiss appeal granted by default. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY E. DIXEY and Others, Appellants, v. JOSEPH E. ESQUIROL, as Chief Clerk, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOSEPH QUINN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for stay of trial denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARY RUDOLPH, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted. We think there is a question of law involved which should be passed upon by the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. Settle order on notice.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF, and BENJAMIN LIBOFF, as Receiver of the Assets of the Copartnership of SCHENKER & LIBOFF, Appellants.— Motion to stay proceeding to punish for contempt granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.